## JOYCE v. PITTSBURGH HARBOR CO., LTD., Appellant.

Appeal, No. 81, Oct. T., 1892, from judgment of C. P. No. 2, Allegheny Co., April T., 1891, No. 426, on verdict for plaintiff for $400. Argued with preceding case.

OPINION BY MR. JUSTICE STERRETT, January 3, 1893 :

In principle, this case is similar to Wall v. same defendant, No. 80, October term, 1892, in which an opinion has just been filed. Both cases were heard together, and for reasons given in the opinion referred to, the judgment should be affirmed.

Judgment affirmed.